JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Jonsson et al<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Sun Life Assurance Company of Canada et al<br><br>　　　　　　Defendants. | Case No.  CV 15-04001-AB (PJWx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

　　　THE COURT having been advised by counsel that the above-entitled action has been settled;

　　　IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  November 20, 2015　　　_____

　　　　　　　　　　　　　　　　THE HONORABLE ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1.